THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v DANIEL J. BALLMAN, Respondent-Appellant.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 64 AD3d 9.

Motion for assignment of counsel granted and Shirley A. Gorman, Esq., 12 East Bank Street, Albion, New York 14411 assigned as counsel to the respondent-appellant on the appeal herein.